**FORM 9**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 08-62182 |
| | : | |
| Grant Michael Baker | : | Chapter 7 |
| Annette Lynn Baker | : | |
| | : | Judge Caldwell |
| Debtor(s) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $3.21 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | 15 | $2.69 |
| Ohio Edison Company<br>Bankruptcy Dept<br>6896 Miller Rd, Rm 204<br>Brecksville, OH 44141 | 16 | $.52 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $3.21_____ | $_____ |

Dated: July 28, 2010          Case Trustee:/s/Christal L. Caudill
                              Christal L. Caudill
                              2130 Arlington Ave.
                              Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215